IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.   CR. NO. 03-20211-Ma

JERRY THOMPSON,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

Before the court is the April 19, 2005, joint motion of the parties requesting continuance of the report date set April 21, 2005. The continuance is necessary to allow for additional preparation in the case.

The Court grants the motion and continues the trial date to June 6, 2005 with a report date of Tuesday, May 31, 2005, at 2:00 p.m.

The period from April 21, 2005, through June 17, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 20th day of April, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:03-CR-20211 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT