IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUN 30 PM 2: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff

vs.

                                  Criminal No. 03-20211-Ma

JERRY THOMPSON,

    Defendant.

## ORDER

Upon motion of the United States, IT IS HEREBY ORDERED that Counts One, Two, Three and Four in the indictment in the instant case are dismissed without prejudice.

IT IS SO ORDERED.

Dated this 30th day of June, 2005.

_____
SAMUEL H. MAYS, JR.
United States District Judge

_____
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-6-05___

84

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:03-CR-20211 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT