IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL -8 AM 8:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS ) | CR. NO. 03-20211-Ma |
| JERRY THOMPSON ) | |
| Defendant ) | |

## ORDER ON CONTINUANCE, SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

This cause came on for trial on July 5, 2005. On July 7, 2005, the jury declared they were unable to reach a unanimous decision. The Court declared a mistrial and continued the matter to the next Criminal Rotation Trial Docket.

The case is hereby returned to Judge Mays' court for any further proceedings and **is set for a report date on Friday, July 22, 2005 at 2:00 p.m.** with a trial date of August 1, 2005.

The period from July 15, 2005, through August 12, 2005, is excludable under 18 U.S.C. § 3161(e) to allow the defendant to be tried again following a declaration of a mistrial.

**IT IS SO ORDERED** this the 7th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-12-05

(89)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:03-CR-20211 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT