IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV -2 AM 6:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | No. 03-20211-Ma |
| JERRY THOMPSON, | * |
| Defendant. | * |

## ORDER GRANTING MOTION TO RELEASE EXHIBITS

It is hereby ORDERED that the Government's motion to release exhibits in the above styled case, currently set for the November Trial Rotation, is hereby GRANTED, and the clerk of court is hereby ordered to release all exhibits previously entered in the July 5-7, 2005 trial of this matter to the Government.

DONE at Memphis, Tennessee, this 31st day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

3

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05

100

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:03-CR-20211 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT